(No. 74-CC-479—Claimant )

AIR ILLINOIS, INC., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE LIEUTENANT GOVERNOR, Respondent.

*Opinion filed April 11, 1974.*

AIR ILLINOIS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-509—Claimant )

PARK CHRYSLER PLYMOUTH, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 11, 1974.*

PARK CHRYSLER PLYMOUTH, Inc., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.